FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 3 2022

TAMMY H. DOWNS, CLERK
By:_____
              DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JASON THOMAS, et al.,         )
                              )
v.                            )   Cause No.: 2:22-cv-00003-BSM-JJV
                              )
FORREST CITY FCC MEDIUM,      )
JOHN YATES, Warden, et al.    )

PETITION FOR EMERGENCY INJUNCTION

COMES NOW, Jason Thomas, pro se, on behalf of himself as well as all other similarly situated individuals confined in the Forrest City Correctional Complex Medium component.

The Petitioner is seeking for this Court to issue and order or injunction due to the conditions and actions of the staff at Forrest City FCC, or their lack of actions, that have been the proximate cause of physical injuries, exposure to human waste on a regular basis, the inability to provide self-care, the inability to practice adequate hygiene and sanitation in the face of a national infectious disease epidemic and for conditions that constitute cruel and unusual punishment in violation of the United States Constitution.

This petition follows.

- 1 -

This case assigned to District Judge Miller
and to Magistrate Judge Volpe

I.
## ISSUES PRESENTED

There are a number of issues that are a daily occurance at Forrest City FCC that rise to the level of cruel and unusual punishment and contemporaneously result in the direct exposure by actual physical contact to raw sewage. Additionally, the water supply used for showers, hygiene, cleaning and sanitation is not maintained at the minimum of 100° required by law.

Most recently, the climate control system has failed and has not been brought back to proper function for 5 days now. The result has been that the housing units are miserably hot, humid and damp to the point that the ceilings are dripping like rain, the walls are so wet that the paint is literally peeling off and the floors are covered with water like a roadway after an afternoon thunderstorm. The staff are well aware of the problem and have chosen not to address the problem.

In fact, on 12/26/21, the officer working my unit, Garner, came in to the unit, unplugged the one fan that was in the doorway to attempt to circulate fresh air and kicked it over on its side while stating out loud "Y'all just gonna be hot in this mother-f**ker!" He then shut the door, locked it from the outside and stayed outside where it wasn't miserable.

More recently, this morning, a 78 year-old gentleman slipped and fell getting out bed around 0545 hours. Inmates at the Medium component are locked in their cells at 2130 hours and remain in them until 0615 the follwing morning. This morning, that elderly gentleman fell because the floors were so wet and slippery and

broke his arm and had a huge purple bruise on the left side of his face from trying to break his fall and then still hitting his head. He went to medical as soon as the door was unlocked and sought treatment. The medical staff here did an x-ray and determined that he did, in fact, break his arm. However, the medical staff told him that "We don't have a radiologist," and wrapped the broken arm in an ACE bandage and sent him on his way - back to the unit that was just the proximate cause of the injury.

Staff at Forrest City FCC Medium have been well aware of the ongoing problem for several days now and have made no attempts to fix the problem. The officers, such as officer Howard, have even gone as far as saying to the inmates "I hope I don't have to work this unit tomorrow. If I do, I'm just gonna stay outside the whole time because it's so godd*mn hot in here." (Statement made by Officer Howard at 2120 hours on 12/27/21 to the petitioner)

The petitioner was made aware that an officer "Robberson" is one of the officers responsible for fixing, resetting or addressing the issue but that Mr. Robberson isn't coming in to fix it - in spite of being sent emails from other staff informing him that it has been broken for several days. This shows deliberate indifference to the fact that the conditions here are causing injuries to inmates and making a conscious choice not to resolve the problem. This could result in further injuries and the staff at this facility are aware of that.

Another HUGE problem that occurs every few days is one of significant magnitude. It pertains to the staff here forcing the inmates to walk through flowing pools of raw sewage .

The sewer/drain system at Forrest City Medium is atrocious at best. Almost every day the drain "back up" and flood the housing units with untreated raw sewage. This flood also spills heavily out of the drains that are in the ground all around the facility; flooding the grasy areas as well as the concrete paths that inmates are required to walk upon.

There are two sets of concrete paths. One that consists of a circular route that directs all inmates from the housing units to the center of the compound known as "the horseshoe." The second consists of a more direct route from each housing unit to other areas such as the chow hall, medical and the recreation yard. This route is called the "red lines." Normally, inmates are forced to take the long way around through "the horseshoe." The only time the "red lines" are used are if it is pouring rain and even then that isn't always the case.

When the housing units flood and the outside grassy areas and walkways have flowing raw sewage on them, the staff at this facility force the inmates to walk through it - all while they stand in high-and-dry areas safe from contamination. This is almost a daily occurance.

On December 24th, Christmas Eve, the drains were overflowing and the walkways were covered with with flowing sewage water when my unit, C-1, was called to go to "chow." As previously mentioned the route 99.99% of the time that inmates are required to use take them through the center "horseshoe." But, not today. Not for Mr. Shankles. Not according to the officer that was standing outside the chow hall, Officer Lam.

Mr. Shankles began walking down the walkway utilized 99.99% of the time in order to go eat and also to not walk through raw sewage. However, Officer Lam yelled at Mr. Shankles and told him to go the other way (the redlines that were flowing with human waste). Mr. Shankles stated to Officer Lam that he was going the normal route in order to go eat and not walk through the contaminated sewage water. Officer Lam then confronted Mr. Shankles and advised him that he had a choice: (a) go back and walk through the sewage water if you want to eat or (b) go to the SHU (the Special Housing Unit also known as the "hole"). Mr. Shankles refused to walk through the raw sewage and was taken to the SHU. On Christmas Eve. For refusing to expose himself to human waste.

If the fact that almost all inmates are forced to walk through untreated waste, either because it floods their housing unit or floods the walkways, isn't bad enough, those same inmates are also forced to take cold showers on a daily basis. The facility does not provide antibacterial hand sanitizer, soap or any way for us to decontaminate ourselves after trudging through sewage water.

The water in the showers is required to be at a constant temperature between 100° and 120°. However, this is nowhere near the case. The hot water supply is grossly inadequate and only lasts for the first 10 minutes of each morning and remains cold the rest of the day; in every unit. It's not an isolated problem. It is facility-wide. Considering that we are under heightened conditions due to a global pandemic sanitation and hygiene is paramount.

Forrest City FCC Medium doesn't share this logic. Numerous inmates have complained to the administration that there is no hot water to take showers and the reply has been nonsensical. Their response states "The hot water is required to be between 100° and 120°. Facilities verified it is." Well, maybe for the first few minutes of the morning, yes. But, not for the other 23.75 hours of the day. If you aren't one of the first few people let out of your cell in the morning then it's cold showers all day, every day.

We have complained to the administration for months to no avail. They are aware of the sewer drain problems but do not fix the problem. They are aware of the hot water problems but make no effort to remedy the issue. In the midst of an infectious disease outbreak shouldn't cleanliness and hygiene be of utmost importance?

I too have been forced to walk through raw sewage and have taken dozens of ice-cold showers. I have been knowingly and intentionally exposed to conditions that could be fatal by the Forrest City FCC staff; along with hundreds of other inmates. Being here is our punishment. It isn't part of our sentence that the staff here get to arbitrarily punish us even further in their own cruel and unusual ways.

Knowing that the climate control system in a housing unit isn't functioning at all and is creating a significant danger of injury or death, and doing nothing to fix it, is negligence and deliberate indifference to the safety and lives of inmates. It has already resulted in one broken arm. How much worse does it

have to get before something is done? Will someone have to fall on a slick floor and die? Does someone have to acquire septicemia from raw sewage? Or Hepatitis? How can we encourage handwashing and cleanliness during a pandemic but tell inmates they don't matter by giving them nothing but cold water? Will it require a COVID-19 outbreak at this facility to get change? Cholera?

Let's hope that doesn't happen. It would be beyond catastrophic. We would be locked in cells 24 hours a day, walls peeling paint from the condensation, floors slick with wetness and so humid your bedding and clothes are soaked. Books and papers are ruined. Eating frozen bologna sandwiches twice a day.

Accordingly, the petitioner, on behalf of himself and all other inmates housed at Forrest City FCC - Medium, does hereby seek an emergency injunction from this court ordering them to:

(1) make meaningful and permanent repairs to the sewer/drain system at Forrest City Medium to prevent the daily spilling of raw sewage into the housing units and onto the ground;
(2) Repair the hot water supply system to adequately maintain a temperature between 100° and 120° at all times, in each housing unit, every day;
(3) Repair the climate control system in C-1, and every other housing unit to maintain the proper humidity and temperature at all times.

In the alternative, the petitioner, on behalf of himself and all other inmates housed at Forrest City FCC - Medium does hereby seek an injunction enjoining this facility from maintaining conditions mentioned above that constitute cruel and unusual punishment, to wit:

  (i) maintaining a condition where raw sewage covers the housing unit floors and common areas that inmates are forced to walk through by staff;

 (ii) maintaining a condition where inmates do not have equal, adequate, constant access to hot water that is within regulatory parameters in order to sustain proper sanitation, hygiene and cleanliness during a global pandemic;

(iii) maintaining a condition within any housing unit that knowingly places inmates at heightened and direct risk of serious injury or death as mentioned above due to the lack of proper climate control/ventilation.

WHEREFORE, Jason Thomas, the petitioner, on behalf of himself and all other inmates situated within Forrest City Medium does hereby pray that this court will intervene and issue an injunction to the administration to correct the issues forthwith.

12/28/21
Date

*Jason Thomas*
Jason Thomas, pro se

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the enclosed petition for emergency injunction has been forwarded to the following via First-Class mail, postage prepaid and properly addressed to:

United States District Court
Eastern District of Arkansas
U.S. Courthouse            7020 3160 0001 1368 5595
600 W. Capitol Avenue
Little Rock, AR 72201

Done this on the 28th day of December, 2021.

                                          _Jason Thomas_ 12/28/21
                                          Jason Thomas, pro se

```
                RECEIVED           Jason Thomas 14285003
            US DISTRICT COURT
        EASTERN DISTRICT ARKANSAS  Forrest City FCC Medium

        2022 JAN -3  A 10: 01      PO Box 3000
                                   Forrest City, AR 72336

            TAMMY H. DOWNS
```

United States District Court
Eastern District of Arkansas
U.S. Courthouse
600 W. Capitol Avenue
Little Rock, AR 72201


December 28th, 2021

In re: Enclosed petition for emergency injunction

Dear Clerk of Court,

   I have enclosed the original of the petition for emergency injunction for the conditions at Forrest City FCC Medium. I have followed §540.18 as it pertains to "Special Mail" to the courts and have remitted this to the mail room sealed accordingly.
   Should this petition arrive to you opened could you please notify me of that fact so I can address it appropriately. The enclosed petition involves staff here at Forrest City FCC and is considered to be a "sensitive" issue that is for this court to review; and is not for the staff at Forrest City to withhold.
   Once received and stamped as filed would it be possible to get a copy of the first page of the petition showing that has been completed?

   Thank you very much for your time and assistance.


                                   Respectfully,

                                   Jason Thomas 12/28/21
                                   Jason Thomas, Petitioner

Jason Thomas 14285003
Forrest City FCC Medium
PO Box 3000
Forrest City, AR 72336

CERTIFIED MAIL

7020 3160 0001 1368 5595



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
U.S. COURTHOUSE
600 W. CAPITOL AVENUE
LITTLE ROCK, AR 72201