IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON THOMAS**                                                                                   **PLAINTIFF**
*Reg. 14285-003*

v.                              **CASE NO. 2:22-CV-00003-BSM**

**FORREST CITY CORRECTIONAL**
**COMPLEX MEDIUM,** *et al.*                                              **DEFENDANTS**

## ORDER

Jordan Thomas has not filed a second amended complaint, and the time to do so has passed [Doc. No. 17]. Accordingly, the case is dismissed without prejudice for failure to state a claim. 28 U.S.C. § 1915A; *see* Doc. No. 11; *Ziglar v. Abbasi*, 137 S. Ct. 1843, 1857 (2017); *Farah v. Weyker*, 926 F.3d 492, 497–98 (8th Cir. 2019). It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith. *Id.* § 1915(a)(3).

IT IS SO ORDERED this 22nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE