**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JASON THOMAS**                                                                              **PLAINTIFF**
*Reg. 14285-003*

**v.**                                        **CASE NO. 2:22-CV-00003-BSM**

**FORREST CITY CORRECTIONAL**
**COMPLEX MEDIUM,** *et al.*                                                        **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE